# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

### ORDER

UNITED STATES OF AMERICA,

                Plaintiff,

v.                            Docket No. 0864 16CR00264 (3)(SRN/HB)

**Justin Lee Plombon**

                Defendant.

UPON REQUEST AND MOTION BY Catherine Turner, Attorney for Defendant, for a medical furlough on Friday, July 14, 2017 [Doc. No. 181]:

IT IS HEREBY ORDERED That Justin Lee Plombon is granted a furlough from the custody of the Sherburne County Jail located in Elk River, Minnesota, from 1:00 pm until 5:30 p.m. on Friday, July 14, 2017, for the purpose of attending a medical appointment at the Health Partners Specialty Center – Orthapaedic & Sports Medicine clinic, located at 435 Phalen Boulevard, St. Paul, Minnesota. Mr. Plombon is advised to insure that he strictly abides by the time limits set in this Order.

Signed and executed this __14th__ day
of __July__, 2017.

                                              s/Susan Richard Nelson
                                              SUSAN RICHARD NELSON
                                              U.S. District Judge